UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKE VIEW WEST CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN STATES INSURANCE COMPANY, a Massachusetts Corporation; AMERICAN ECONOMY INSURANCE COMPANY, a Massachusetts Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:21-cv-01194-RSL<br><br>STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DEADLINE |

## **STIPULATED MOTION**

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate and agree that Defendants shall have until November 17, 2021 to file an Answer to Plaintiff's Complaint. Plaintiff and Defendants further agree that in so extending this deadline, neither Plaintiff nor Defendants waive any right, claim, or defense in this action.

STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DEADLINE
NO.: 2:21-CV-01194-RSL

PAGE 1

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

DATED this 5th day of November 2021.

| STEIN, SUDWEEKS & STEIN, PLLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By *s/ Cortney M. Feniello*<br>Cortney M. Feniello, WSBA #57352<br>cfeniello@condodefects.com<br><br>Attorneys for Plaintiff | By *s/ Bradford H. Lamb*<br>Jeffrey V. Hill, WSBA #15483<br>Jeffrey.hill@bullivant.com<br>Bradford H. Lamb, WBSA #47146<br>Bradford.lamb@bullivant.com<br><br>Attorneys for Defendants |

## ORDER

IT IS SO ORDERED this 8th day of November 2021.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DEADLINE
NO.: 2:21-CV-01194-RSL

PAGE 2

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351