HONORABLE ROBERT S. LASNIK
HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LAKE VIEW WEST CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN STATES INSURANCE COMPANY, a Massachusetts Corporation; AMERICAN ECONOMY INSURANCE COMPANY, a Massachusetts Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. C21-1194-RSL-SKV<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF LAKE VIEW WEST CONDOMINIUM ASSOCIATION LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: March 15, 2022 |

## I.     [PROPOSED] ORDER

Based on the Stipulated Motion, Dkt. 20, IT IS SO ORDERED that Plaintiff Lake View West Condominium Association is GRANTED leave to file its First Amended Complaint. Plaintiff's Amended Complaint must be filed within 14 days of entry of this Order.

**DATED THIS** 16th day of March, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFF
LAKE VIEW WEST CONDOMINIUM
ASSOCIATION LEAVE TO FILE FIRST AMENDED
COMPLAINT - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660