UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAKE VIEW WEST CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,

Plaintiff,

v.

AMERICAN STATES INSURANCE COMPANY, a Massachusetts Corporation; AMERICAN ECONOMY INSURANCE COMPANY, a Massachusetts Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation; and DOE INSURANCE COMPANIES 1-10,

Defendants.

No.: 2:21-cv-01194-RSL-SKV

**STIPULATED MOTION AND ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE**

## STIPULATION

Plaintiff Lake View West Condominium Association (the "Association") and Defendants American States Insurance Company ("ASIC"), American Economy Insurance Company ("AEIC"), and Liberty Mutual Insurance Company ("Liberty Mutual") (collectively, the "Parties") stipulate that the claims asserted against ASIC, AEIC and Liberty Mutual by the Association in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs

STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE
NO.: 2:21-CV-01194-RSL-SKV

PAGE 1

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

1  or fees to any of the Parties.

3     DATED: August 10, 2022

| STEIN SUDWEEKS & STEIN PLLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| s/ Justin D. Sudweeks<br>Justin D. Sudweeks, WSBA #28755<br>E-mail: justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>E-mail: dstein@condodefects.com<br><br>*Attorneys for Plaintiff Lake View West Condominium Association* | s/ Bradford H. Lamb<br>Jeffrey V. Hill, WSBA #15483<br>Email: jeffrey.hill@bullivant.com<br>Bradford H. Lamb, WSBA #47146<br>Email: bradford.lamb@bullivant.com<br><br>*Attorneys for Defendants American States Insurance Company, American Economy Insurance Company, and Liberty Mutual Insurance Company* |

Dated this 10th day of August, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE
NO.: 2:21-CV-01194-RSL-SKV

PAGE 2

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351